FILED: January 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1385
(3:13-cv-00192-RJC)
(3:12-bk-50413)
(3:12-ap-3233)

_____

In re: MATTHEW ALAN JENKINS

  Debtor

------------------------------

MATTHEW ALAN JENKINS, formerly doing business as Shephard Service Company

  Plaintiff - Appellant

v.

JAMES T. WARD, SR.; LINDA WRIGHT SIMPSON

  Trustees - Appellees

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 754 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk